WILLIAM WENGER, Appellant, *v.* HARRY LEFRAK et al.,
Respondents.

Argued February 26, 1953; decided April 16, 1953.

*Samuel M. Sprafkin* for appellant.
*Sylvan D. Freeman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.